**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                          Chapter: 12
                                                                                      Case No. 8-17-bk-01106-CPM

Francisco Chavez, Sr. and
Enedelia Rodriguez

      Debtors
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTION(S) CONCERNING CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    1.     The Debtors' Petition for Relief to Chapter 12 was filed on February 13, 2017.

    2.     <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 12 Plan at this time for the following reasons:

    3.     It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1225(b)(1)(B).

    a.  The Trustee hereby requests/has requested the following additional documents pursuant to the Administrative Order for this Chapter 12 Case, to determine if the Debtors have dedicated all disposable income to the Plan:

      Personal and business income tax returns 2016
      monthly ongoing profit and loss statements during the pendency of the case beginning with the March 2017 profit and loss.

    b.  Pursuant to the Administrative Order Prescribing Procedures for this Chapter 12 Case, Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s to the Trustee within 14 days of filing the return. Unless otherwise consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments, beginning with the tax year 2016.  Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without first having obtained the Trustee's written consent or court approval.**

4.   The Plan violates 11 U.S.C. §1225(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

   a. The Trustee hereby requests/has requested the following additional documents pursuant to the Administrative Order Prescribing Procedures to determine if the Debtors have met the best interests of creditors test:

   personal and business income tax returns 2016.
   current valuation of all farming equipment, the two mobile homes, as well as the two lots the mobile homes are on.

   b. The Trustee is uncertain that the value of certain assets listed on Schedule(s) A and/or B is correct.  Unless otherwise agreed, the Debtor(s) must obtain an appraisal of the assets pursuant to the Order Prescribing Procedures for this Chapter 12 Case.

5.   A Plan must be filed that is clear as to the treatment of all creditors.

6.   The Debtors' Schedule D must be amended to list all secured creditors.

7.   It appears that this case is a business case and the Chapter 12 Trustee's office has and may further investigate the Debtors business. The Debtor must provide ongoing monthly profit and loss statements during the pendency of this case starting with month of March 2017.

/s/ Jon M. Waage
Jon M. Waage
Chapter 12 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone:  (941) 747-4644
FAX:    (941) 750-9266

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class US Mail to **Francisco Chavez, Sr. and Enedelia Rodriguez,** 4605 Beauchamp Road, Plant City, Florida 33563 and **Keith William Wynne, Esquire,** 1001 East Baker Street, Suite 101, Plant City, Florida 33563 and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 21st day of April 2017.

/s/ Jon M. Waage
Jon M. Waage

JMW/br