**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CHAPTER 12 PLAN**

Debtor(s)Roberto Chavez and Enedelia Rodriguez          Case No: <u>17-bk-1106-CPM</u>

1st  Amended Chapter 12 Plan

1. **MONTHLY PLAN PAYMENTS**: Including Trustee's fee of 10%. Debtor[1] to pay to the Trustee for the period of <u> 60     </u> months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.    $1<u>724   </u>for months<u>     1     </u>to<u>    60      </u>;
B.    $<u>              </u>for months<u>               </u>to<u>            </u>;
C.    $<u>              </u>for months<u>               </u>to<u>            </u>; in order to pay the following creditors:
D.    **To be paid quarterly at $5174 per quarter**

2. **ADMINISTRATIVE ATTORNEY FEE: $5000   TOTAL PAID $1750**

**Balance Due $<u>3,250</u>     Payable Through Plan $<u>250          </u>Monthly**

3. **PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

**Name of Creditor**                                                                                              **Total Claim**
**None**
_____
_____
_____

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS**:

      **Pre-Confirmation Adequate Protection Payments:** The Debtor shall make the following adequate protection payments to creditors. If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| **Name of Creditor** | **Collateral** | **Adequate Protection Payment in Plan** |
|---|---|---|
| Regions Bank | 4605 Beauchamp Rd., Plant City, Fl  33563 | $555/m  ($1,665/qtr.) |

      **(A)  Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

_____

[1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| | | | |

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| | | | |

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate _____ % |
|---|---|---|---|---|
| Doug Beldon | 4605 Beauchamp Rd. | $70/m ($210/qtr.) | $2,741.23 | 18 |
| Green Tax Funding I | 4605 Beauchamp Rd. | $59/m ($177/qtr.) | $3,131.31 | 5 |
| TLGFY, LLC. | 4605 Beauchamp Rd. | $60/m ($180/qtr.) | $3,166.93 | 5 |
| Joe G. Tedder | 902 Nashville Rd. | $15/m ($45/qtr.) | $604.00 | 18 |
| Capital One CLTRL | 902 Nashville | $88/m ($264/qtr.) | $3,444.90 | 18 |
| Tax Ease Funding 2016-1 | 858 Nashville Rd. | $71/m ($213/qtr.) | $2,799.16 | 18 |

**(D) Claims Secured by Real or Personal Property to Which Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Int. Rate _____ |
|---|---|---|---|---|
| Regions Bank | 4605 Beauchamp Rd. | $555/m ($1,665/qtr.) | $82,402.40 | 5.25%  ***See Paragraph 5 below*** |
| Farm Service Agency | Homestead, Polk County Prop | $596/m ($1788/qtr.) | $126,522 | 1.25%  ***See Paragraph 6 below*** |
| | All Equipment | | | |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Arrearages |
|---|---|---|---|
| | | | |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| | |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the plan unless specified otherwise in the Plan. The

automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| | |

**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Triangle Chemical Company | Judicial Lien Personal Property/Polk County Property | $85,809.26 |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|
| Bailey Family Foundation | Farm | Assume | $0 |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ 0        .

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. **Debtors will value and reamortize the debt related to the 1st mortgage to Regions Bank secured by the homestead. The value of the mortgage claim is $82,402.40. This will be amortized over 20 years at 5.25% interest for an amortized payment of $555 per month (or $1,665/qtr.). This will be paid in the chapter 12 plan for the first five years, and outside thereafter. Upon completion of all payments Regions Bank will be required to file a satisfaction of mortgage.**

6. **Debtors will value and amortize the debt related to the mortgages and UCC filing of the Farm Service Agency secured by the debtors real and personal property. This will be amortized over 20 years at 1.25% interest for an amortized payment of $596 per month or $1,788 per quarter. This will be paid in the chapter 12 plan for the first five years, and outside thereafter. Upon completion of all payments Farm Service Agency will be required to file a satisfaction of mortgage.**

/s/ Francisco Chavez  
    Debtor                                       Dated: 11/3/2017

/s/ Enedelia Rodriguez  
    Debtor                                       Dated: 11/3/2017