ORDERED.

**Dated:  May 17, 2019**

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.: 8:17-0116-CPM |
| | Chapter 13 |
| Franscisco Chavez, Sr., and Enedelia Rodriguez | |
| Debtors. | |

_____/

**ORDER GRANTING DEBTORS'
MOTION TO VALUE SECURED CLAIM #10 OF REGIONS BANK**

**THIS CASE**, came on for consideration on May 7, 2019, on the Debtors' Motion to Value Secured Claim #10 of Regions Bank (the "Motion") (Doc. No. 38) and Regions Bank's Response and Objection to Debtors' Motion to Value Secured Claim #10 of Regions Bank (the "Objection")(Doc. No. 53).  The Court, having heard the argument of counsel and considered the Motion and the Joint Stipulation of Facts filed by the parties on April 30, 2019 (Doc. No. 75), it is ORDERED AND ADJUDGED:

1. The Debtors' Motion is GRANTED.

2. The parties agreed that the real estate securing Claim No. 10 of Regions Bank, legally described as follows, is determined to be $175,830.00.

> The West ½ of the NW ¼ of the NE ¼ of the NE ¼ of Section 26, Township 28 South, Range 21 East, Hillsborough County, Florida, LESS road right of way

*All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals

3. Regions Bank, account number 5952 holds the first mortgage, which was recorded on December 15, 2011, at Book 20857, Pages 526-532, Instrument No.: 2011406089, of the Official Records of Hillsborough County, Florida, and has filed secured Proof of Claim No. 10 in the amount of $82,402.40.

4. For reasons stated in the record and after an analysis under *Till v. SCS Credit Corporation*, 541 U.S. 465, 158 L.Ed.2d 787 (2004), the secured claim may be amortized for 20 years at 5.25% interest effective on the date of filing of the petition, to wit: February 13, 2017.

5. The Debtor shall remain responsible for payment of postpetition property taxes and insurance directly, not through the mortgage escrow or through the chapter 13 plan.

\*\*\*Attorney Keith Wynne is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.